UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SUZANNE C. BRALEY,                    )
                                      )
              Plaintiff,              )
                                      )
     v.                               )        Civil No. 04-176-B-W
                                      )
JO ANNE B. BARNHART,                  )
Commissioner of Social                )
Security,                             )
                                      )
              Defendant.              )


**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**


The United States Magistrate Judge filed with the
Court on June 7, 2005 his Recommended Decision.  The
Plaintiff filed her objections to the Recommended Decision
on June 20, 2005 and the Defendant filed her Response to
those objections on June 23, 2005.  I have reviewed and
considered the Magistrate Judge's Recommended Decision,
together with the entire record; I have made a de novo
determination of all matters adjudicated by the Magistrate
Judge's Recommended Decision; and I concur with the
recommendations of the United States Magistrate Judge for
the reasons set forth in his Recommended Decision, and
determine that no further proceeding is necessary.

1.   It is therefore <u>ORDERED</u> that the Recommended
     Decision of the Magistrate Judge is hereby
     <u>AFFIRMED</u>.

2.   It  is  further  <u>ORDERED</u>  that  the  Commissioner's
     decision be and hereby is <u>AFFIRMED</u>.


                              /s/ John A. Woodcock, Jr.
                              JOHN A. WOODCOCK, JR.
                              UNITED STATES DISTRICT JUDGE


Dated this 24th day of June, 2005